No. 1348, Misc. HILL v. CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1349, Misc. CARTER ET AL. v. HIGHWAY INSURANCE UNDERWRITERS ET AL. Sup. Ct. La. Certiorari denied.

No. 1352, Misc. PICHE v. RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 1355, Misc. HAINES v. FRYE, WARDEN. Cir. Ct., Cook County, Ill. Certiorari denied.

No. 1357, Misc. STEELE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1362, Misc. PATTON v. VETERANS ADMINISTRATION ET AL. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 1365, Misc. DeBARTOLO v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1390, Misc. PRICE v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. *Robert Friebert* for petitioner.

No. 1391, Misc. AGNELLO v. WOODS, SHERIFF, ET AL. C. A. 7th Cir. Certiorari denied.

No. 1395, Misc. HARRIS v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.